UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                        Civil Action
                        No: <u>1:19-10649-WGY</u>

NEEDHAM
Plaintiff

v.

CITY OF BOSTON
Defendant


<u>ORDER OF DISMISSAL</u>

<u>YOUNG,D.J.</u>

      After a ruling on June 4, 2019, this Court Orders that Defendant's Motion to Dismiss is Allowed and the above entitled action be and hereby is Dismissed with prejudice.


                        Robert M. Farrell
                        Clerk


                        By:    <u>/s/ Jennifer Gaudet</u>
                                  Deputy Clerk


June 4, 2019